UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIE PAULISIN & JOHN PAULISIN**  )<br>     Plaintiffs,                                    )<br>                                                    )<br>                                                    )<br>                                                    )<br>**v.**                                             )<br>                                                    )<br>**TRANSWORLD SYSTEMS, INC.**            )<br>     Defendant                                )<br>_____) | **CIVIL ACTION**<br><br><br><br><br><br><br><br>**MAY 5, 2011** |

## **COMPLAINT**

1. This is a suit brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq*.

2. Plaintiff Marie Paulisin is a natural person residing in Southbury, Connecticut and is a consumer as defined by the FDCPA 15 U.S.C. §1692a(3).

3. Plaintiff John Paulisin is a natural person residing in Southbury, Connecticut, and is a consumer as defined by the FDCPA 15 U.S.C. §1692a(3), and is the husband of Plaintiff Marie Paulisin.

4. The defendant, Transworld Systems, Inc. ("Transworld"), is a California corporation and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

5. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, 1367, and 1337.

6. This Court has jurisdiction over Transworld because it engages in debt collection within Connecticut.

7. Venue in this Court is proper, because the Plaintiffs are residents and the act complained of occurred in this state.

8. Transworld alleged that Plaintiffs owed a debt on a consumer account (the "Account"), and Transworld started calling Plaintiffs' residence in an attempt to collect on the Account.

9. In March of 2011, Transworld called Plaintiffs' home in an attempt to collect on the Account and left messages that stated that Transworld was a debt collection company and was attempting to collect a debt from Plaintiffs.

10. Plaintiffs' children heard the aforementioned messages, and this caused Plaintiffs to suffer emotional distress in the form of embarrassment, shame, stress and anxiety.

11. Transworld has violated the FDCPA.

WHEREFORE, the Plaintiffs seek recovery of monetary damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

**PLAINTIFFS, MARIE PAULISIN & JOHN PAULISIN**

By: /s/Daniel S. Blinn_____
  Daniel S. Blinn, Fed Bar No. ct02188
  Matthew W. Graeber, Fed Bar No. ct27545
  dblinn@consumerlawgroup.com
  Consumer Law Group, LLC
  35 Cold Spring Rd., Suite 512
  Rocky Hill, CT  06067
  Tel. (860) 571-0408; Fax (860) 571-7457